UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILLIP L. DICK,

        Plaintiff,

    v.

VANCOUVER POLICE DEPARTMENT, *et al.*,

        Defendants.

Case No. C06-5343 RJB/KLS

[PROPOSED] ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's Complaint (Dkt. # 6) is **DISMISSED WITHOUT PREJUDICE**; and

(3)    The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. Karen L. Strombom.

DATED this 30th day of October, 2006.

Robert J. Bryan
United States District Judge

ORDER - 1